UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

HARMANPREET SINGH,

Defendant.

**SCHEDULING ORDER**

**Case No. 1:26-cr-155-RJA-JJM**

On September 28, 2026, defendant was arraigned pursuant to Fed. R. Crim P. ("Rule") 10 and entered a plea of not guilty pursuant to Rule 11(a)(1), whereupon, the following schedule was set:

(1) All voluntary discovery shall be completed by **October 26, 2026**.

(2) All pretrial motions, both dispositive and non-dispositive, including all supporting papers and memoranda of law in support thereof, shall be filed by **December 1, 2026.** Any motion to suppress statements or physical evidence must initially be accompanied by an appropriate affidavit (or declaration) from an individual with personal knowledge, failing which the court will normally recommend that the motion be denied without an evidentiary hearing. *See* United States v. Marshall, 2012 WL 5511645, *2 (W.D.N.Y.), adopted 2012 WL 5948782 (W.D.N.Y. 2012); United States v. Longo, 70 F.Supp.2d 225, 248 (W.D.N.Y. 1999). **ALL MOTIONS SEEKING SEVERANCE ARE TO BE SEPARATELY FILED WITH HON. RICHRD J. ARCARA.**

(3) All responses to pretrial motions, including all supporting papers and memoranda of law in support thereof, filed in accordance with the preceding paragraph shall be filed **December 15, 2026**.

(4) Replies, if any, shall be filed by **December 28, 2026**.

(5) **Oral argument on any pretrial motions shall be heard on January 11, 2027 at 10:00 a.m.** If necessary, an evidentiary hearing will be scheduled for a later date.

(6) **IF NO MOTIONS ARE FILED BY ANY DEFENDANT BY DECEMBER 1, 2026, THE GOVERNMENT IS HEREBY ORDERED TO APPLY FOR A TRIAL DATE FROM HON. RICHARD J. ARCARA NO LATER THAN DECEMBER 4, 2026.**

As of **December 1, 2026**, no time will have elapsed from the Speedy Trial Act Calendar. For the reasons stated on the record, I find that the government and the public's interest in a speedy trial is outweighed by the defendant's interest in having effective assistance of counsel by allowing sufficient time to review discovery and frame appropriate motions. Therefore, the time period from today's date until **December 1, 2026** is excluded under 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv)

If pretrial motions are filed on or before **December 1, 2026**, the period of time from the filing of said motions through **January 11, 2027** will be excluded pursuant to 18 U.S.C. §3161(h)(1)(D).

No extension of the above deadlines will be granted except upon written application, filed prior to the deadline, showing cause for the extension. Such application shall indicate whether the opposing party consents to the requested extension and address any further exclusion of time from the Speedy Trial Act calendar. Any motion identified in Rule 12(b)(3) that is not filed by the deadline set for filing pretrial motions will be denied as untimely, unless accompanied by a showing of "good cause". *See* Rule 12(c)(3).

**SO ORDERED.**

Dated: September 28, 2026

/s/ Jeremiah J. McCarthy
JEREMIAH J. MCCARTHY
United States Magistrate Judge